IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01949-BNB

MARK ANTHONY MAGNUM,

Applicant,

v.

ARISTEDES ZAVARAS, Executive Director, DOC, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

Respondents.

---

ORDER TO FILE PRE-ANSWER RESPONSE TO AMENDED APPLICATION

---

Applicant, Mark Anthony Magnum, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Arkansas Valley Correctional Facility in Crowley, Colorado. He filed an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. He was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

As part of the preliminary consideration of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 in this case, the Court determined that a limited Pre-Answer Response was appropriate. Therefore, on September 17, 2008, Respondents were directed, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts (Section 2254 Rules), and *Denson v. Abbott*, 554 F. Supp. 2d 1206 (D. Colo. 2008), to file a Pre-Answer Response limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies under 28 U.S.C. § 2254(b)(1)(A). On September

30, 2008, Respondents submitted their Pre-Answer Response. On October 22, 2008, Applicant submitted a Reply to the Pre-Answer Response.

On December 30, 2008, Applicant's request to file an amended habeas corpus application was granted. On February 12, 2009, after being granted an extension of time, Applicant filed an amended habeas corpus application and a supporting brief.

Therefore, as part of the preliminary consideration of the amended habeas corpus application in this case, the Court has determined that a limited Pre-Answer Response to the amended application is appropriate. Respondents are directed, pursuant to Rule 4 of the Section 2254 Cases and *Denson*, to file a Pre-Answer Response that replaces the Pre-Answer Response originally filed on September 30, 2008, and that is limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies under 28 U.S.C. § 2254 (b)(1)(A). If Respondents do not intend to raise either of these affirmative defenses, they must notify the Court of that decision in the Pre-Answer Response. Respondents may not file a dispositive motion as their Pre-Answer Response, or an Answer, or otherwise address the merits of the claims in response to this Order.

In support of the Pre-Answer Response, Respondents should attach as exhibits all relevant portions of the state court record, including but not limited to copies of all documents demonstrating whether this action is filed in a timely manner and/or whether Applicant has exhausted state court remedies.

Applicant may reply to the Pre-Answer Response and provide any information that might be relevant to the one-year limitation period under 28 U.S.C. § 2244(d) and/or the exhaustion of state court remedies. Applicant also should include

information relevant to equitable tolling, specifically as to whether he has pursued his claims diligently and whether some extraordinary circumstance prevented him from filing a timely 28 U.S.C. § 2254 action in this Court. Accordingly, it is

ORDERED that **within twenty days from the date of this Order** Respondents shall file a Pre-Answer Response that complies with this Order. It is

FURTHER ORDERED that **within twenty days of the filing of the Pre-Answer Response** Applicant may file a Reply, if he desires. It is

FURTHER ORDERED that if Respondents do not intend to raise either of the affirmative defenses of timeliness or exhaustion of state court remedies, they must notify the Court of that decision in the Pre-Answer Response.

DATED February 20, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01949-BNB

Mark A. Magnum
Prisoner No. 94652
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

Paul Koehler
Assistant Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals on 7/20/09 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk