IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01949-BNB

MARK ANTHONY MAGNUM,

      Applicant,

v.

ARISTEDES ZAVARAS, Executive Director, DOC, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

      Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 0 2009

GREGORY C. LANGHAM
CLERK

---

ORDER TO SUPPLEMENT PRE-ANSWER RESPONSE
TO AMENDED APPLICATION

---

Applicant, Mark Anthony Magnum, is a prisoner in the custody of the Colorado
Department of Corrections who currently is incarcerated at the Arkansas Valley
Correctional Facility in Crowley, Colorado.  He filed an Application for Writ of Habeas
Corpus Pursuant to 28 U.S.C. § 2254.  He was granted leave to proceed *in forma
pauperis* pursuant to 28 U.S.C. § 1915.

As part of the preliminary consideration of the Application for a Writ of Habeas
Corpus Pursuant to 28 U.S.C. § 2254, the Court determined that a limited pre-answer
response was appropriate.  Therefore, on September 17, 2008, Respondents were
directed, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United
States District Courts (Section 2254 Rules), and *Denson v. Abbott*, 554 F. Supp. 2d
1206 (D. Colo. 2008), to file a pre-answer response limited to addressing the affirmative
defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court
remedies under 28 U.S.C. § 2254(b)(1)(A).  On September 30, 2008, Respondents

submitted their pre-answer response.  On October 22, 2008, Applicant submitted a reply to the pre-answer response.

On December 30, 2008, Applicant's request to file an amended habeas corpus application was granted.  On February 12, 2009, after being granted an extension of time, Applicant filed an amended habeas corpus application and a supporting brief.  On March 9, 2009, Respondents filed a pre-answer response to the amended application. On March 24, 2009, Applicant filed an amended reply to the March 9 pre-answer response.

The Court has reviewed Respondents' pre-answer response filed on March 9, 2009, and has determined that a supplemental pre-answer response is required. Although Respondents contend that they have applied the cited legal principles in the pre-answer response to Applicant's claims, they have done so in a cursory manner making their arguments unclear.  In short, Respondents' March 9 pre-answer response requires the Court to apply those cited legal principles for them.

Therefore, the Court has determined that a supplemental pre-answer response to the amended application is appropriate.  Respondents are directed to file a pre-answer response that supplements the pre-answer response filed on March 9, 2009, and that is limited to addressing the affirmative defense of exhaustion of state court remedies under 28 U.S.C. § 2254(b)(1)(A).

Applicant may reply to the supplemental pre-answer response and provide any information that might be relevant to the exhaustion of state court remedies. Accordingly, it is

ORDERED that **within twenty days from the date of this order** Respondents

shall file a supplemental pre-answer response that complies with this order.  It is

FURTHER ORDERED that **within twenty days of the filing of the**

**supplemental pre-answer response** Applicant may file a supplemental reply, if he

desires.

DATED April 20, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  08-cv-01949-BNB

Mark A. Magnum
Prisoner No. 94652
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

Paul Koehler
Assistant Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**


        I hereby certify that I have mailed a copy of the ORDER to the above-named
individuals on  4/20/09  .

                                        GREGORY C. LANGHAM, CLERK


                                        By: _____
                                                    Deputy Clerk