IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01949-MSK

MARK ANTHONY MAGNUM,

       Petitioner,

v.

ARISTEDES ZAVARAS, Executive Director,
DOC, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

       Respondents.

---

## ORDER TO FORWARD ALL RECORDS AND TRANSCRIPTS

---

This matter is before the Court *sua sponte*.

It is hereby ORDERED that the Clerk of the Court for the District Court of Douglas

County, Colorado, as the lawful custodian of the records, shall forward the flat file and hearing

transcripts for all proceedings in the trial court and in the appellate court in ***People v. Mark***

***Magnum***, Douglas County District Court, **Case No. 2000CR440**, to the Clerk of the Court for

the United States District Court for the District of Colorado, 901 Nineteenth Street, Room 105,

Denver Colorado, 80294-3589, **on or before June 17, 2010.**

It is further ORDERED that the Clerk of the Court shall serve a copy of this Order on the

Clerk of the Court for the Douglas County District Court, by facsimile to (303) 688-1962 and by

regular mail to Clerk of the Court, Douglas County Combined Courts, Robert A. Christensen

Justice Center, 4000 Justice Way, Suite 2009, Castle Rock, CO 80109.

DATED this 17th day of May, 2010.

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge