**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 30 2013

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 08-cv-01949 WJM

MARK ANTHONY MAGNUM,

    Petitioner,

vs.

ARISTEDES ZAVARAS, Executive Director, DOC, and
JOHN SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

Dated this 30th day of April, 2013.

BY THE COURT:

_____ William
J. Martínez
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-01949 WJM


Douglas County District Court
Douglas County Justice Center
4000 Justice Way Ste 2009
Castle Rock, CO 80109

Mark Anthony Magnum
# 96452
Crowley County Correctional Facility (CCCF)
6564 State Highway 96
Olney Springs, CO 81062-8700


Paul Edward Koehler - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**


    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  4/30/2013  .


                                      JEFFREY P. COLWELL, CLERK


                              By: s/ D. Berardi
                                      Deputy Clerk